UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH JOHNSON (#097343)

VERSUS

CONNIE MOORE, ET AL.

CIVIL ACTION

NO. 07-49-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated December 11, 2007 (doc. no. 39) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' motion for summary judgment is GRANTED and this action is DISMISSED for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

Baton Rouge, Louisiana, this 9th day of January, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA