UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH JOHNSON (#097343)

VERSUS

CONNIE MOORE, ET AL

CIVIL ACTION

NUMBER 07-49-JJB-DLD

### ORDER

Before the court is the plaintiff's Motion to Reconsider the Decision Order Regarding Motion to Proceed In Forma Pauperis on Appeal. Record document number 53.

On April 14, 2008, the plaintiff's motion to proceed in forma pauperis on appeal was denied because the plaintiff failed to comply with the requirements of 28 U.S.C. § 1915(a)(1) or (a)(2) by failing to provide a certified copy of the trust fund account statement for the six month period immediately preceding the filing of the notice of appeal.

In his motion for reconsideration the plaintiff argued that he should not be required to submit a current statement of account certifying the amount of money in his inmate trust fund account. Plaintiff's arguments are not persuasive.

Accordingly, the plaintiff's Motion for Reconsideration is denied.

Baton Rouge, Louisiana, April 30th, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE